IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHARON CLARK,

        Plaintiff,

v.

FOCUS NORTH AMERICA
TRANSPORTATION, INC.,

        Defendant.

No. 3:18-cv-01387-YY

ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [29] on April 5, 2019, in which she recommends that the Court grant Plaintiff's Motion to Amend and Remand [21] and remand this case to Multnomah County Circuit Court. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 - ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [29]. Accordingly, Plaintiff's Motion for Joinder and Remand [21] is GRANTED and this case is REMANDED to Multnomah County Circuit Court.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of _____, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge